

FILED
CLERK, U.S. DISTRICT COURT
MAR 2_ 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. George Vera, Sr. DEFENDANT(S). | CASE NUMBER 13-872-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___deft___, IT IS ORDERED that a detention hearing is set for ___Tuesday___, ___4/26/13___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ~~RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE~~ duty, in Courtroom ___341 - Roybal___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___3/21/13___

_____
U.S. District Judge/Magistrate Judge